Case 2:23-cv-00300-SAB    ECF No. 19    filed 08/07/24    PageID.183    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2024
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA MCLEAN, as Administrator of the Estate of LEROY JERRED, deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:23-cv-00300-SAB<br><br>**ORDER DENYING STIPULATION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulation for Protective Order, ECF No. 18. Plaintiff is represented by James Dore, Jr. Defendant is represented by Michael Mitchell. The motion was considered without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING STIPULATION FOR PROTECTIVE ORDER** * 1

such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Protective Order, ECF No. 18, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 7th day of August 2024.



*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING STIPULATION FOR PROTECTIVE ORDER** * 2