FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA MCLEAN, as Administrator of the Estate of LEROY JERRED, deceased,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:23-cv-00300-SAB<br><br>**ORDER RE: SETTLEMENT** |

The Court, having been notified of the settlement in this case, and it appearing that no issues remain for the Court's determination:

Accordingly, **HEREBY ORDERS:**

1. On or before **September 5, 2025**, the parties shall file a stipulation of dismissal together with a proposed order dismissing the case.

2. All deadlines are **VACATED,** and any pending motions are **STRICKEN**.

3. The District Court Clerk shall set a case management deadline.

//

//

**ORDER RE: SETTLEMENT** ~ 1

4.  For docket purposes only, the District Court Clerk shall **close** this file to any future filings, **excluding the stipulation for dismissal**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER RE: SETTLEMENT** ~ 2