FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA MCLEAN, as Administrator of the Estate of LEROY JERRED, deceased,<br><br>                        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | No. 2:23-cv-00300-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 54. Plaintiff is represented by James Dore, Jr. Defendant is represented by Michael Mitchell.

    The parties ask the Court to dismiss this action with prejudice, with each party bearing their own attorney's fees, costs and expenses.

    Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 54, is **GRANTED**.

2. Pursuant to the parties' Stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is **DISMISSED**, with prejudice and with the parties' bearing their own fees, costs, and expenses.

**ORDER DISMISSING ACTION; CLOSING FILE** * 1

3. The Clerk of Court is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 5th of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** * 2